# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

August 15, 2024

**VIA ECF**  
Hon. Judge Lorna G. Schofield  
United States District Judge  
Southern District of New York  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

**Application GRANTED. Plaintiff shall file its default judgment motion by September 13, 2024.**

Dated: August 16, 2024  
New York, New York

*LORNA G. SCHOFIELD*  
**UNITED STATES DISTRICT JUDGE**

Re:   Sorto et al v. Angiolina's Restaurant Inc. et al  
       1:24-cv-03525

Dear Judge Schofield:

This office represents Plaintiff in the above-referenced matter. I write to respectfully request a thirty-day extension of the deadline to file the default motion, which is currently due today. If granted, the new deadline to file the default motion would fall on September 13, 2024.

We apologize for the late nature of this request. We were recently contacted by an attorney who represents the Defendants. They have expressed interest in discussing a potential settlement and we have requested that they formally file a notice of appearance in this case.

We believe that granting this extension would promote judicial efficiency by potentially resolving this matter without the need for further motion practice.

Thank you for your time and consideration of this request.

Respectfully Submitted,

*/s/Catalina Sojo*  
Catalina Sojo, Esq.  
CSM LEGAL, P.C.  
*Attorneys for Plaintiff*